## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL L. BARBARA, SR.,
LEE ANNE BARBARA, M.B.,
S.B. and D.B.,                                             JUDGMENT IN A CIVIL CASE

     Plaintiffs,                                         13-cv-83-wmc

v.

SAWYER COUNTY, WISCONSIN,
SAWYER COUNTY BOARD OF
SUPERVISORS, SAWYER COUNTY
DEPARTMENT OF HEALTH AND
SERVICES, PETE SANDERS, DAVE BAUER,
PENNY ALLAR, CATHY HEWITT, KRISTY
ANNE OSIUS, TIMOTHY LEE OSIUS, SR.,
RUCILLA OSIUS and RICHARD SISTRUNK,

     Defendants.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for lack of jurisdiction.

_Peter Oppeneer_          2/8/13
Peter Oppeneer, Clerk of Court         Date